**Order entered December 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00939-CV

**JACK LAGOS, Appellant**

**V.**

**PLANO ECONOMIC DEVELOPMENT BOARD, INC., PHIL DYER AND SALLY BANE, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00663-2013**

## ORDER

We **GRANT** appellant's December 11, 2014 motion to extend time to file the brief and

**ORDER** the brief received on December 9, 2014 filed as of the date of this order.

/s/ CRAIG STODDART
   JUSTICE